JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| OSVALDO RAMOS, | ) | No. CV 13-03717-FMO (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CONNIE WIPSON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 3, 2014                                  /s/
                                                FERNANDO M. OLGUIN
                                                UNITED STATES DISTRICT JUDGE